**Order filed, July 25, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00585-CV

———————

**DENNIS SHAVER, Appellant**

**V.**

**WELLS FARGO BANK, NA AS TRUSTEE FOR NCBT 2008-1, Appellee**

---

**On Appeal from the County Court**
**Waller County, Texas**
**Trial Court Cause No. C12-102**

---

## ORDER

The reporter's record in this case was due **May 20, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheila May**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM